JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| HAY SOK NGE, ) | |
| ) | |
| Plaintiff, ) | Case No. CV 09-2436 JFW (AJW) |
| ) | |
| v. ) | J U D G M E N T |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**IT IS ADJUDGED** that defendant's decision is affirmed.

DATED: November 10, 2010

_____
JOHN F. WALTER
United States District Judge